

**Reed Smith LLP**
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
+1 215 851 8100
Fax +1 215 851 1420
reedsmith.com

**Henry F. Reichner**
Direct Phone: +1 215 851 8266
Email: hreichner@reedsmith.com



August 12, 2010

Clerk of the Court
United States District Court for the
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

**Weidman v. Federal Home Loan Mortgage**
**U.S.D.C. E.D. Pa., No. 02-CV-07990**

To the Clerk:

I write on behalf of Feddie Mac and in response to the Court's correspondence dated June 17, 2010, concerning this case and Local Rule of Civil Procedure 5.1.5 (relating to documents filed under seal). Freddie Mac objects to the unsealing of the following documents identified in your June 17, 2010 correspondence, as these documents contain confidential and proprietary information relating to Freddie Mac's underwriting software, Loan Prospector®, and other proprietary and confidential business information:

- Documents from Defendant's Appendix of Exhibits (#43)
  Exhibit B
  Exhibit C
  Exhibit E
  Exhibit O

- Plaintiff's Statements of Facts (#47 and #53), and the following documents attached thereto.
  Exhibit 5
  Exhibit 6
  Exhibit 7
  Exhibit 8
  Exhibit 13
  Exhibit 17
  Exhibit 20
  Exhibit 21

Very truly yours,

Henry F. Reichner

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH
OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

US_ACTIVE-104122583.1-HFREICHN 8/12/10 2:38 PM